UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUISEPPE INFANTE,<br>ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                                Plaintiff,<br><br>- against-<br><br>NORTHSTAR LOCATION SERVICES, LLC, and NAVIENT SOLUTIONS, LLC,<br><br>                                Defendants. | Case No. 1:18-CV-02385-RJD-VMS<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff, GUISEPPE INFANTE, and Defendant, Navient Solutions, LLC, through their respective counsel of record, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice as against Defendant, Navient Solutions, LLC, without costs or fees to any party as against any other party.

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 29 2018 ★

BROOKLYN OFFIC

Dated:    Brooklyn, New York
          <u>JUNE 26, 2018</u>

Law Office of Simon Goldenberg, PLLC

By:    <u>/S/ SIMON GOLDENBERG</u>
        Simon Goldenberg, Esq.
        818 East 16th Street
        Brooklyn, NY 11230
        T: 347-640-4357
        *Counsel for Plaintiff(s)*


Dated:    New York, New York
          June 26, 2018

        VEDDER PRICE P.C.

By:    [signature]
        Ashley B. Huddleston
        1633 Broadway, 31st Floor
        New York, NY 10019
        T: 212-407-7700
        *Counsel for Defendant - Navient Solutions*

So Ordered.

        s/ RJD

        6/28/18