UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUISEPPE INFANTE,<br>ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiff,<br><br>- against-<br><br>NORTHSTAR LOCATION SERVICES, LLC, and NAVIENT SOLUTIONS, LLC,<br><br>                    Defendants. | Case No. 1:18-CV-02385-RJD-VMS<br><br>NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, GUISEPPE INFANTE, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice as against Defendant NORTHSTAR LOCATION SERVICES, LLC, without costs or fees to any party as against any other party.

Dated:   Brooklyn, New York
            <u>JUNE 25, 2018</u>

Law Office of Simon Goldenberg, PLLC

By:   /S/ SIMON GOLDENBERG
       Simon Goldenberg, Esq.
       818 East 16th Street
       Brooklyn, NY 11230
       T: 347-640-4357
       *Counsel for Plaintiff(s)*

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   JUN 29 2018   ★

BROOKLYN OFFICE

So Ordered.

s/ RJD

6/28/18

-1-